NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE McGEE,                      )
                                       )
            Appellant,                 )
                                       )
v.                                     )            Case No. 2D18-902
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.


PER CURIAM.


            Affirmed.  See Logan v. State, 846 So. 2d 472 (Fla. 2003); Harris v. State,

818 So. 2d 567 (Fla. 2d DCA 2002).


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.